

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2022

No. 04-22-00598-CR

**EX PARTE** Jesus Alfredo **GARCIA CASTILLO**

From the County Court, Kinney County, Texas
Trial Court No. 10574CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

The reporter's record was due by September 22, 2022. On September 26, 2022, the court reporter filed a notification of late record requesting an extension until October 10, 2022 to file the reporter's record. After consideration, we **grant** the extension and **order** the court reporter to file the record **by October 10, 2022.**

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court

